UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE EDMONTSON, JUSTIN
ALEXANDER, and OTIS SMITH,
on behalf of themselves and all others
similarly situated,

      Case No: 5:17-cv-12789
      Hon:  Robert H. Cleland

    Plaintiffs,
v.

KSJC ENTERPRISES, INC., D/B/A
SWEET WATER TAVERN, and
JEFFREY CAIN,

    Defendants.

---

**ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT**

This matter is before the Court on the Joint Motion for Approval of Settlement ("Motion" - Dkt. 22) in this collective action brought under the Fair Labor Standards Act, 29 U.S.C. § 201, by Plaintiffs Jimmie Edmonston, Justin Alexander, and Otis Smith against Defendants KSJC Enterprises, Inc. d/b/a/ Sweetwater Tavern and Jeffrey Cain. In response to a notice approved by the Court (Dkt. 20), five individuals – Scott Burse, Arthur Johnson, Stacy Johnson, Thous Smith and Jakarie Dorsey – filed consents to opt in to the collective class ("Opt-in Plaintiffs"). The Court has reviewed the Motion and the Settlement Agreement that was attached thereto and executed by the parties.

Accordingly, IT IS ORDERED, for the reasons stated in the Motion:

    A.    The Court approves the terms of the Settlement Agreement.

    B.    The collective action class previously approved by the Court (see Dkt. Nos. 19 and 20) is hereby decertified and the claims of the Opt-in Plaintiffs are dismissed with prejudice.

    C.    This matter is dismissed with prejudice and, except as provided in the Settlement Agreement, without costs or attorney fees to any party. The Court retains jurisdiction for one year from today's date to enforce the Settlement Agreement between the parties.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: March 6, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 6, 2019, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\17-12789.EDMONTSON.ApproveSettlement.docx