UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JIMMIE EDMONTSON, JUSTIN ALEXANDER,** and **OTIS SMITH,**
on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

**KSJC ENTERPRISES, INC.,**
d/b/a **SWEET WATER TAVERN,**
and **JEFFREY CAIN,**

        Defendants.

Case No. 2:17-cv-12789
Hon. Robert H. Cleland

| **GOLD STAR LAW, P.C.** | **BERRY MOORMAN, PC** |
|---|---|
| | **David M. Foy (P42574)** |
| **Maia Johnson Braun (P40533)** | **Randolph R. Barker (P62604)** |
| | Attorneys for Defendants |
| **David A. Hardesty (P38609)** | 535 Griswold, Ste. 1900 |
| | Detroit, MI 48226 |
| Attorneys for Plaintiffs | (313) 496-1200 |
| | *dfoy@berrymoorman.com* |
| 2701 Troy Center Dr., Ste. 400 | *rbarker@starrbutler.com* |
| Troy, Michigan 48084 | |
| (248) 275-5200 | |
| *mjohnson@goldstarlaw.com* | |
| *dhardesty@goldstarlaw.com* | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    This matter having come before the Court on stipulation of the parties, and

the Court being fully advised in the premises;

IT IS ORDERED that this action is hereby dismissed with prejudice and without costs or attorney fees to either party. This order resolves the last pending claim and closes the case.

Dated: June 17, 2019                                          s/Robert H. Cleland
                                                              Hon. Robert H. Cleland

**Approved by:**

By: */s/ Maia Johnson Braun*
**GOLD STAR LAW, P.C**.
Maia Johnson Braun (P40533)
Caitlin E. Malhiot (P76606)
Attorneys for Plaintiff/Counter-Defendant
2701 Troy Center Dr., Ste. 400
Troy, Michigan 48084
(248) 275-5200
mjohnson@goldstarlaw.com
cmalhiot@goldstarlaw.com

*By:/s/ David M. Foy (w/ consent)*
**BERRY MOORMAN, PC**
David M. Foy (P42574)
Randolph T. Barker (P62604)
Attorney for Defendants
535 Griswold, Ste. 1900
Detroit, MI 48226
(313) 496-1200
*dfoy@berrymoorman.com*
*rbarker@berrymoorman.com*

Dated: June 13, 2019